IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LENISE BROWN,                        )
                                     )
        Plaintiff,                   )
                                     )
    v.                               )    CIVIL ACTION NO. 2:07cv653-CSC
                                     )
MICHAEL J. ASTRUE,                   )
COMMISSIONER OF                      )
SOCIAL SECURITY,                     )
                                     )
        Defendant.                   )

**ORDER**

On December 21, 2007, the defendant filed a motion for extension of time to file his

brief (doc. # 13).  The plaintiff does not object to an extension of time.  Accordingly, upon

consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion for an extension of time be and is hereby

GRANTED.  The defendant's deadline for filing his brief be and is hereby EXTENDED

from December 28, 2007 until January 28, 2008.

Done this 27st day of December, 2007.


        _____/s/Charles S. Coody_____
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE