IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LENISE BROWN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>COMMISSIONER OF )<br>SOCIAL SECURITY, )<br>)<br>    Defendant. ) | CIVIL ACTION NO. 2:07cv653-CSC |

**ORDER**

On April 24, 2008, the plaintiff's attorney filed a motion for attorney fees pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d).  (Doc. # 19).  Upon consideration of the plaintiff's application, and for good cause, it is

ORDERED that on or before May 13, 2008, the opposing party shall show cause why the motion should not be granted.

Done this 28th day of April 2008.

                                                  /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE